# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.; AUDIBLE, INC; and ON-DEMAND PUBLISHING LLC d/b/a CREATESPACE,<br><br>        Defendants. | Case No. 6:12-cv-00881-LED-KNM<br><br>JURY |

## Stipulation of Dismissal

Plaintiff Innovative Automation LLC ("Innovative Automation") and Defendants Amazon.com, Inc., Audible, Inc., and On-Demand Publishing LLC d/b/a CreateSpace (collectively, "Defendants") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Innovative Automation and Defendants (collectively the "Parties") stipulate that all of Innovative Automation's claims brought in this litigation are fully resolved and hereby dismissed with prejudice.

The Parties stipulate that all of Defendants' counterclaims are dismissed without prejudice.

Each party shall bear its own attorneys' fees and costs.

A proposed order is attached.

Respectfully submitted,

 /s/ *Seth A. Safier*
Adam J. Gutride
Seth A. Safier
Todd M. Kennedy
Marie A. McCrary
GUTRIDE SAFIER LLP
835 Douglass St.
San Francisco, CA 94114
Tel. (415) 789-6390
Fax (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
marie@gutridesafier.com

Victoria L.H. Booke
Peter Ajlouny
BOOKE & ALJOUNY LLP
606 N. First St.
San Jose, CA 95112
Tel. (408) 286-7000
Fax (408) 286-7111
vbooke@gmail.com
peter@bookelaw.com

Charles Ainsworth
PARKER BUNT & AINSWORTH
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel. (903) 531-3535
Fax (903) 533-9687
charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF,
INNOVATIVE AUTOMATION LLC

> By  */s/ Dan D. Davison*
>    Dan D. Davison (Texas Bar No. 05590900)
>    Dan.Davison@nortonrosefulbright.com
>    Attorney-in-Charge
> Fulbright & Jaworski L.L.P.
> 2200 Ross Avenue, Suite 2800
> Dallas, Texas 75201-2784
> Tel:       (214) 855-8000
> Fax:       (214) 855-8200
>
>    Richard S. Zembek (Texas Bar No. 00797726)
>    Richard.Zembek@nortonrosefulbright.com
>    Paul A. Dyson (Texas Bar No. 24059704)
>    Paul.Dyson@nortonrosefulbright.com
> Fulbright & Jaworski L.L.P.
> Fulbright Tower
> 1301 McKinney, Suite 5100
> Houston, Texas 77010-3095
> Tel:       (713) 651-5151
> Fax:       (713) 651-5246
>
> ***COUNSEL FOR DEFENDANT, AMAZON.COM, INC., AUDIBLE, INC., AND ON-DEMAND PUBLISHING LLC***

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on March 6, 2014, which will send notification to all counsel of record who are deemed to have consented to electronic service.

>  */s/  Marie A. McCrary*
> Marie A. McCrary