**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **INNOVATIVE AUTOMATION, LLC** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 6:12cv881** |
| **AMAZON.COM, INC.,** *et al*. | § | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and the parties having filed a Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**, each party bearing its own attorney's fees and costs. Defendants' counterclaims are **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED.**

So ORDERED and SIGNED this 7th day of March, 2014.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**